AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/8/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos Cota-Ramirez<br>a.k.a. Juan Carlos Cota,<br>A #099 475 603<br>*Defendant* | )<br>)<br>) Case No. 25-3139MJ<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 8, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Juan Carlos Cota-Ramirez, an alien, was found in the United States at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 14, 2010, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY — Digitally signed by CHARLES BAILEY
Date: 2025.04.09 11:02:00 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Megan Kelly

☒ Continued on the attached sheet.

CHRISTOPHER L SPOHN — Digitally signed by CHRISTOPHER L SPOHN
Date: 2025.04.09 11:24:33 -07'00'

*Complainant's signature*

Christopher L. Spohn
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date: April 9, 2025

*M Morrissey*
*Judge's signature*

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer, Christopher L. Spohn declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about March 29, 2025, the ICE Mobile Criminal Arrest Team (ICE MCAT) uncovered investigative leads regarding Juan Carlos Cota-Ramirez, a previously removed alien, after reviewing old immigration cases from prior removals. ICE MCAT officers initiated an investigation to locate Cota-Ramirez. On or about April 8, 2025, ICE MCAT officers encountered Juan Carlos Cota-Ramirez after he willingly came out of his residence, in Glendale, Arizona. At the scene, ICE MCAT officers interviewed Cota-Ramirez who stated that he is a citizen of Mexico. Cota-Ramirez was taken into custody and transported to the Phoenix ICE office for further investigation and processing. Cota-Ramirez was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Juan Carlos Cota-Ramirez to be a citizen of Mexico and a previously deported alien. Cota-Ramirez was removed from the United States to Mexico, through Nogales, Arizona, on or about May 14, 2010, pursuant to a final order of removal issued by an immigration judge. There is no record of Cota-

Ramirez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Cota-Ramirez's immigration history was matched to him by electronic fingerprint comparison.

4. On or about April 8, 2025, Juan Carlos Cota-Ramirez was advised of his constitutional rights. Cota-Ramirez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Cota-Ramirez stated that his true name is Juan Carlos Cota-Ramirez and that he is a citizen of Mexico. Cota-Ramirez also stated that he illegally entered the United States in or around "October of 2023," by "walking from Tijuana," Mexico (is near California). Cota-Ramirez further stated that he had been previously removed from the United States "one time," and did not apply to the Attorney General or the Department of Homeland Security for permission to reenter the United States after his last removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about April 8, 2025, Juan Carlos Cota-Ramirez, an alien, was found in the United States at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about May 14, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

CHRISTOPHER L SPOHN
Digitally signed by CHRISTOPHER L SPOHN
Date: 2025.04.09 11:25:26 -07'00'

Christopher L. Spohn
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
April 9, 2025

M Morrissey

Michael T. Morrissey
United States Magistrate Judge